**Motion Granted; Dismissed and Memorandum Opinion filed December 4, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-01045-CV

## HARRIS COUNTY, TEXAS, Appellant

### V.

## RUFUS CHERRY, Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2010-09746**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an interlocutory order signed November 2, 2012. On November 26, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.